

# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

Bessie M. Decker
Clerk

Terry L. Ruffatto
Chief Deputy

Melissa Higdon
Carol A. Greenstein
Doneice Burnette
Kisha Taylor-Wallace
Deputies

Leslie Cockrell
Senior Recorder

Sandra Belt
Assistant Recorder

Rachael L. Spicknall
Administrative Support

## NOTICE

February 4, 2016

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Order of this Court dated February 4, 2016

**ANGELA M. BLYTHE**

3 South 3rd Street
Oakland, Maryland 21550

has been suspended by consent, effective immediately, from the further practice of law in this State, and her name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 16-760(e)).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this fourth day of February, 2016.

/s/ Bessie M. Decker
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554